No. 450. DENVER & RIO GRANDE WESTERN RAILROAD Co. *v.* McGOWAN. Supreme Court of Utah. Certiorari denied. *Dennis McCarthy* for petitioner. *Calvin W. Rawlings* and *Harold E. Wallace* for respondent.

No. 468. ERNST *v.* JEWEL TEA Co., INC., DOING BUSINESS AS JEWEL FOOD STORES. C. A. 7th Cir. Certiorari denied. *Thomas D. Nash* for petitioner. *Alvin G. Hubbard* for respondent.

No. 255, Misc. JAQUISH *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *Elizabeth Cassidy* for petitioner.

No. 270, Misc. HUBBARD *v.* KING, SUPERINTENDENT OF MEDICAL FACILITY. C. A. 9th Cir. Certiorari denied.

No. 272, Misc. DUTY *v.* MUNIE, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 278, Misc. DAUPHLEY *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.

No. 279, Misc. ROSS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 280, Misc. PERKINS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 281, Misc. ALLISON *v.* MUNIE, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.